IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY STOCKER MINA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHESTER COUNTY, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br> NO. 16-01013 |

### ORDER

**AND NOW**, this 28th day of July, 2016, it is hereby **ORDERED**:

1. Anthony Stocker Mina's ("Mina") Motion for ECF Access (ECF No. 4) is **DENIED**;

2. Mina's Complaint (ECF No. 1) is **DISMISSED** with prejudice;

3. Mina is **ENJOINED** from filing or causing to be filed any pleading, motion or other paper in Civil Action Nos. 13-07622, 14-06261, 15-05452 and 16-01013 or any other new proceeding or action against the United States or any of its agencies or employees without first obtaining leave of Court.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.