IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY STOCKER MINA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br> NO. 16-01013 |

## ORDER

**AND NOW**, this 8th day of September, 2016, it is hereby **ORDERED**:

1. Mina is **ENJOINED** from filing or causing to be filed any pleading, motion or other paper in Civil Action Nos. 13-07622, 14-06261, 15-05452 and 16-01013 or any other new proceeding or action against the United States or any of its agencies or employees without first obtaining leave of Court.

2. The Amended Complaint (ECF No. 15) is **STRICKEN** from the record.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.